IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., By )
JAMES R. KLEIN, Administrator, )
) No. 15-0018
Plaintiff, )
)
v. )
)
RJS CONSTRUCTION CONSULTING, LLC, )
)
Defendant. )

## CONSENT JUDGMENT

AND NOW, this _5th_ day of ~~February~~ _March_, 2015, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant RJS Construction Consulting, LLC in the amount of $58,617.30, plus additional interest from January 31, 2015. Payments will be made on this judgment as follows:

| | | |
|---|---|---|
| March 15, 2015 | - | $16,410.15 |
| April 15, 2015 | - | $16,410.15 |
| May 15, 2015 | - | $16,410.15, plus additional interest from January 31, 2015 |
| September 1, 2013 | - | $ 9,386.84 |

Defendant agrees to timely submit all future reports and payments to the Plaintiff beginning with the January 2015 report and including the payments set forth above.

As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment.

_Maurice B. Cohill, Jr._
United States District Judge

Consented to:
_Jeffrey J. Leech_
Attorney for Plaintiff

RJS CONSTRUCTION CONSULTING, LLC
_Robert J. Sklarsky_

LIT:582054-1 010342-167532